

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>Dora Alicia MEDINA, )<br>)<br>)<br>)<br>Defendant. )<br>_____ ) | Magistrate Case No. '21 MJ03898<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section<br>1324(a)(1)(A)(v)(II)-<br>Aiding or Abetting the Encouraging<br>or Inducing Illegal Alien(s) to<br>Enter the United States |

The undersigned complainant being duly sworn states:

On or about September 25, 2021, within the Southern District of California, Defendant Dora Alicia MEDINA, did aid or abet the encouraging or inducing an alien, namely H.S.C., a minor, with the intent to violate the immigration laws of the United States, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(II).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 27th of September 2021.

Barbara L Major

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Victoria Guzman, declare under penalty of perjury the following to be true and correct:

The complainant states that H.S.C. (MW), a minor, is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material, that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On September 25, 2021, at approximately 8:05 A.M, Dora Alicia MEDINA applied for admission into the United States from Mexico via the San Ysidro, California Port of Entry pedestrian facility. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented her birth certificate and stated she was traveling to San Ysidro with a teenage male (MW) who she identified as her nephew, J.M. MEDINA stated she traveled with her nephew to Tijuana to look for her son. The CBP Officer asked the male for his name and date of birth and noted MEDINA would interrupt and answer for the MW. The CBP Officer suspected the minor was not J.M. and elected to refer him to secondary inspection.

In secondary, MEDINA identified the MW as her nephew and stated to the CBP Officer that the MW's parents were deceased and she was taking him to San Bernardino, California to live with her sister. MW admitted to the CBP Officer his true name and nationality and further stated he was intending to travel to unite with parents in Salinas, California. MW admitted he was told by MEDINA to say his name was J.M. to CBP Officers.

Probable Cause Statement Continued on page 2

1

Continuation of Probable Cause Statement
Re: US v. Dora Alicia MEDINA

During a videotaped interview with the Material Witness (MW), admitted he is a citizen and national of Mexico and does not possess the documents to lawfully enter, reside or pass through the United States. MW stated he intends to travel to Salinas, California to reunite with his family. MW admitted he was introduced to a woman named "Dora" who would take him to be with his family. MW admitted he was told by this woman to say his name was J.M to CBP Officers. MW's family agreed to pay $5,000 USD smuggling fee once the MW had arrived successfully to Los Angeles, California.

Executed on this 26th day of September 2021 at 7:00 A.M.

Victoria Guzman / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) page(s), I find probable cause to believe that the Defendant named therein committed the offense on September 25, 2021, in violation of Title 8, United States Code, Section 1324.

Barbara L Major

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

**7:34 AM, Sep 26, 2021**

DATE / TIME

2